UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARIO ALBERTO ESTRELLA,

           Petitioner,

    -against-

DUKE TERRELL, *Warden, Metropolitan Detention Center*,

           Respondent.
-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 14 2011 ★
BROOKLYN OFFICE

<u>ORDER</u>

10-CV-3777 (NGG)

GARAUFIS, United States District Judge.

    On August 12, 2010, Petitioner, pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking a reduction of his criminal sentence under the United States Sentencing Guidelines § 5K2.0, due to the conditions of confinement at the Metropolitan Detention Center. (Pet. (Docket Entry # 1) at pg. 2.) Petitioner has been sentenced to a term of incarceration by the United States District Court for the District of New Jersey. See <u>USA v. Estrella</u>, 3:08-cr-00267-FLW.

    By order dated May 13, 2011, this court noted that it was unclear whether Petitioner stated a cognizable claim under 28 U.S.C. § 2255 or § 2241. (Docket Entry # 2.) Accordingly, Petitioner was informed: (a) that if he wished to challenge the legality of the sentence imposed, he would have to bring the challenge under § 2255, and he must do so in the court that imposed his sentence, the United States District Court for the District of New Jersey, see 28 U.S.C. § 2255(a); and (b) that if he wished to challenge the constitutionality of the conditions of his confinement, he was granted forty-five (45) days leave to amend his Petition to assert any constitutional claims under § 2241. (Docket Entry # 2 at pgs. 2-3.) Petitioner was advised that if

1

Case 1:10-cv-03777-NGG   Document 3   Filed 10/14/11   Page 2 of 2 PageID #: 16

he failed to replead his conditions of confinement claim in a timely manner, the Petition would be dismissed without prejudice. More than forty-five days have elapsed and Petitioner has failed to respond to the court's order.

Accordingly, the Petition is DISMISSED without prejudice.

SO ORDERED.

|  |  |
|---|---|
| Dated: Brooklyn, New York<br>October  13 , 2011 | s/Nicholas G. Garaufis<br>NICHOLAS G. GARAUFIS<br>United States District Judge |